JOHN BUTWELL ET AL. *v.* PLANNING COMMISSION
OF THE BOROUGH OF NAUGATUCK ET AL.

The petition of the defendants John Massimo et al. for certification for appeal from the Superior Court in the judicial district of Waterbury is denied by the court.

*Gerald F. Stevens,* in support of the petition.

Decided June 25, 1980

SAMUEL BIERMAN *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF WESTPORT

The defendant's petition for certification for appeal from the Superior Court in the judicial district of Fairfield at Bridgeport is granted by the court.

*Stephen P. Sztaba* and *Keith D. Dunnigan,* in support of the petition.

*Bruce E. Hawley,* in opposition.

Decided June 25, 1980

SYLVIA LABOMBARD ET AL. *v.* ZONING COMMISSION
OF THE CITY OF BRISTOL ET AL.

The plaintiff Gordon LaBombard's petition for certification for appeal from the Superior Court in the judicial district of Hartford-New Britain at New Britain is denied by the court.

*Dennis G. Ciccarillo,* in support of the petition.

*Louis P. Kocsis* and *Ann T. Baldwin,* assistant corporation counsel, in opposition.

Decided June 25, 1980